# UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Edward McRae**                    **Docket No. 7:23-CR-74-1FL**

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Edward McRae, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 5, 2025, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Charles Edward McRae was released from custody on May 8, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 26, 2025, the defendant attempted to defraud his drug screen with a urine test defeating device. When confronted, the defendant admitted to bringing in a device to adulterate the drug screen. When the defendant provided his own urine sample, it tested positive for marijuana. The defendant admitted to using marijuana and signed an admission stating the same. As a result of the defendant attempting to defraud his drug screen, and for testing positive for marijuana, it is respectfully recommended that the defendant's conditions of supervised release be modified to include the standard drug aftercare condition, as well as completion of 12 hours of community service at the direction of the U.S. Probation Officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/ Keith W. Lawrence                       /s/ Hector Gutierrez
Keith W. Lawrence                           Hector Gutierrez
Supervising U.S. Probation Officer          U.S. Probation Officer
                                            150 Rowan Street Suite 110
                                            Fayetteville, NC 28301
                                            Phone: 910-354-2534
                                            Executed On: June 26, 2025

## ORDER OF THE COURT

Considered and ordered this _____1st_____ day of _____July_____, 2025, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge